with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before January 12, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH L. PRAGER v. NEW JERSEY FIDELITY AND PLATE GLASS INSURANCE COMPANY OF NEWARK, N. J. (Action No. 2.) — Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before January 12, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MINNIE BERGER v. JOHN T. McNEIL.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of the Arbitration between S. FRANK HYMAN and ROMIE LUNZER. — Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

UNIVERSAL STEEL EXPORT CO., INC., v. N. & G. TAYLOR CO., INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOSEPH POSGAY v. WESTINGHOUSE, CHURCH, KERR & CO., INC.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the appeal to be promptly prosecuted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MARY ELIZABETH McCOLGAN, as Executrix, etc., v. HARRY DODDS.— Motion to dismiss appeal denied, with leave to renew if the appeal is not promptly prosecuted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

DAVID METZGER v. HARRISON C. GLORE.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the appellant's points to be filed so appeal can be argued on or before January 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

SAMUEL SULTAN v. JULIUS CORN.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant procure the record on appeal to be filed on or before January 5, 1926. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EMELIA J. STOLTE v. BURROWS-NEELY & COMPANY and Others.— Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PIERCE BARRON GARDINER v. MARGARET (Also Known as MADGE) GARDINER. — Motion to dismiss appeal denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GRACE H. GRIFFIN v. WILLIAM H. GRIFFIN.— Motion granted to the extent indicated in order; in all other respects motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY LICHTENSTEIN v. PAUL ROSE.— Motion to dismiss appeal granted, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOROTHY ALENO v. HENRY C. SCHLETH, Warden, etc.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ANNA SALINARDI v. HENRY

C. SCHLETH, Warden, etc.— Motion to dismiss appeal granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

BENNY BIRNBAUM v. NYSTAD & KRASSNER, INC., Defendant, Impleaded with GUSTAVE R. ZERBE, Appellant.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAX HAUSMAN v. TOBIAS SHAPIRO.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FRANZ EIM v. CLARA GOLDHURST.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ALFRED V. AMY v. FEUER HOLDING CORPORATION and Others.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENCKEN REALTY CO., INC., v. LOUIS BERKOWITZ and Others.— Application denied, with ten 'dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK WHITNEY v. JOSEPH A. McCANN, as Warden, etc.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

45 EAST 57TH ST. CO., INC., v. HERBERT G. MILLER, Impleaded, etc. 45 EAST 57TH ST. CO., INC., v. HERBERT G. MILLER, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PATSY GENTILALA, an Infant, etc., v. FAY TAXICABS, INC.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAURICE BRILL and Others v. MARIA R. FRIEDHOFF.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

UNION MORTGAGE COMPANY v. UNION MORTGAGE COMPANY OF CLEVELAND, O., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LUMBER MUTUAL CASUALTY INSURANCE COMPANY OF NEW YORK v. LUMBER-MENS MUTUAL CASUALTY COMPANY.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HORACE G. KNOWLES v. EMANUEL BOLLOTEN.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JANET BEHRENS v. SAUL J. BARON.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY DODDS v. MARY ELIZABETH McCOLGAN, as Executrix, etc.— Motion granted on condition indicated in order. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MITCHELL H. FEINBERG and Others v. JOSEPH SPANIER and Others.— Motion granted, and the time of appellants in which to serve and file the record on appeal extended to and including December 14, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GIOVANNI AQUINO, INC., v. SELENA L. BLOCH and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.